DAVID P. WAGGONER, CABN 242519
HOMELESS ACTION CENTER
2150 Dwight Avenue
Berkeley, CA 94704
Telephone: (415) 205-8237
Facsimile: (510) 540-0403
dwaggoner@homelessactioncenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE REDDICK,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil No. 1:26-cv-06014-RMI<br><br>STIPULATION EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff's time for submitting Plaintiff's Opening Brief be extended by 30 days, from November 11, 2026, to December 11, 2026. This is Plaintiff's second request for an extension of time.

There is good cause for this extension because Plaintiff's counsel been out of the office for medical and family reasons. Additionally, counsel has multiple competing deadlines, including five substantive briefs due, in the next 60 days. Counsel is also responsible for reviewing/administering the entire federal court caseload of the 501(c)(3) nonprofit legal services organization which employs counsel. A 30-day extension will allow counsel to fully address the arguments and the 2500+ page record in this case.

Plaintiff shall have an extension of 30 days in which to file Plaintiff's Opening Brief. The parties further stipulate that all subsequent deadlines in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly. Nothing in this stipulation shall prevent Defendant from filing an extension request should Defendant need to do so.

The parties stipulate in good faith with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: November 10, 2026

/s/ *David P. Waggoner*
DAVID P. WAGGONER
HOMELESS ACTION CENTER
Attorneys for Plaintiff

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Erin Highland*
(*as authorized via email November 10, 2026)
ERIN HIGHLAND
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2026

THE HONORABLE ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE